### IN THE DISTRICT COURT OF THE UNITED STATES

### FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**                                                                              **CIV NO. 10-168 LAM/RHS**

**ROSEMARIE R. BUSTILLOS a/k/a**
**ROSEMARIE BUSTILLOS,**

**Defendant.**

### CONSENT JUDGMENT

**THIS MATTER** is before the Court on the parties' ***Stipulated Motion for Entry of Consent***

***Judgment*** *(Doc. 9)*, filed May 17, 2010.  On June 8, 2010, the Court held a telephonic hearing on

the motion at which counsel for Plaintiff and the *pro se* Defendant appeared.  *See **Clerk's Minutes***

*(Doc. 12)*.  The Court being informed in the premises, Defendant Rosemarie R. Bustillos having

been served with Plaintiff's Complaint on March 4, 2010, 2009, as more fully appears on the ***Waiver***

***of Service of Summons*** *(Doc. 4)*, served by first-class mail, on file in this case, and it appearing to

the Court that the parties agree and consent to a judgment as set forth herein,

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the parties'

***Stipulated Motion for Entry of Consent Judgment*** *(Doc. 9)* is **GRANTED**, and Plaintiff United

States of America have and recover judgment against Defendant Rosemarie R. Bustillos in the

amount of: (1) **$14,378.60** (consisting of $12,982.37 principal, $1,396.23 accrued interest as of

June 4, 2009);  (2) plus interest of 4.25% accruing on the unpaid principal balance at the daily rate

of $1.51 from June 4, 2009, until date of judgment, which totals **$562.33**; (3) together with interest

at the legal rate from the date of judgment until said judgment is paid in full, which is .36% on the

balance of $14,940.93, at the daily rate of **$0.15**; (4) U. S. District Court Clerk Docket Fees in the

amount of **$350.00** as provided by 28 U.S.C. § 1914(a); and (5) costs of this action in the amount

of **$18.00** in lien fees.

        **IT IS SO ORDERED.**


                                        *Lourdes a. Martínez*
                                       **LOURDES A. MARTÍNEZ**
                                       **UNITED STATES MAGISTRATE JUDGE**
                                       **Presiding by Consent**


APPROVED:

KENNETH J. GONZALES
United States Attorney

             /s/
MANUEL LUCERO
Assistant U.S. Attorney


             /s/
ROSEMARIE R. BUSTILLOS et al.
Defendant *Pro Se*